PETER S. HECKER (Cal. Bar. No. 66159)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: (415) 774-3155
Facsimile: (415) 403-6224
Email: *phecker@sheppardmullin.com*

JEFFREY C. STRAVINO (Admitted *Pro Hac Vice*)
HODGSON RUSS LLP
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, New York 14202-4040
Telephone: (716) 856-4000
Facsimile: (716) 849-0349
Email: *jstravin@hodgsonruss.com*

Attorneys for Defendant and Counterclaim Plaintiff, CALSPAN CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| TIGER CENTURY AIRCRAFT, a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CALSPAN CORPORATION, a New York Corporation,<br><br>Defendant. | Case No.: 09-CV-00317-OWW-GSA<br><br>**ORDER GRANTING DEFENDANT CALSPAN CORPORATION'S APPLICATION FOR AN ORDER SHORTENING TIME FOR HEARING ON MOTION TO STRIKE** |

# ORDER GRANTING DEFENDANT'S APPLICATION TO SHORTEN TIME FOR HEARING ON MOTION TO STRIKE

After considering the pleadings and exhibits, and for good cause shown, the Court GRANTS Defendant Calspan Corporation's *Ex Parte* Application for an Order Shortening Time for Hearing on Calspan's Motion to Strike ("Motion") as follows:

Defendant's Motion shall be heard on April 24, 2009 at 9:00 a.m.

Defendant shall electronically file and serve its Motion and supporting papers by 2:00 PM. P.D.T. April 22, 2009.

Plaintiff shall file and serve, by facsimile, electronic or hand delivery, any opposition papers by the close of business on April 22, 2009.

Defendant shall file and serve any reply papers by the close of business on April 23, 2009.

IT IS SO ORDERED.

Dated: April 22, 2009

/s/ OLIVER W. WANGER
HONORABLE OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE