```
Robert Schultz 108571
Schultz & Associates
9710 W. 82nd Ave.
Arvada, Colorado 80005
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| Tiger Century Aircraft, <br><br>a Nevada Corporation <br><br>　　　　Plaintiff, <br><br>　vs. <br><br>Calspan Corporation, <br><br>a New York Corporation, <br><br>　　　　Defendant | Case No.: 09−CV−00317−OWW−GSA <br><br> STIPULATION FOR LEAVE TO AMEND THE COMPLAINT AND TO CONTINUE SCHEDULING CONFERENCE AND ORDER |

　　　　Defendant Calspan Corporation and Plaintiff Tiger Century Aircraft agree to meet on May 13 to discuss settlement and hereby stipulate and respectfully request that the Court order that:

1. The scheduling conference now scheduled for May 8th shall be continued to August 14, 2009 at 8:15 AM in department 3.
2. Plaintiff be granted leave to file a second amended complaint that may withdraw some of its claims for relief as well as add other claims, including without limitation claims for damages.
3. Plaintiff shall file the second amended complaint by no later than June 12, 2009.

4. Defendant shall file an answer, motion, or other pleading responding to the amended complaint by no later than June 26, 2009.

5. Plaintiff shall file an answer, motion or other pleading responding to the counterclaim, if any is filed, by no later than July 3, 2009.

DATED this 7th day of May 2009.

        SCHULTZ AND ASSOCIATES, INC.

        By /s/ Robert Schultz
        Robert Schultz
        Attorneys for Plaintiff
        TIGER CENTURY AIRCRAFT

DATED this 7th day of May 2009

        HODGSON RUSS LLP

        By: /s/ Jeffrey C. Stravino
        Jeffrey C. Stravino (Admitted Pro Hac Vice)
        Attorneys for Defendant and Counterclaim Plaintiff
        CALSPAN CORPORATION

It is so ordered.

Dated: 5/11/2009        /s/ OLIVER W. WANGER
        Honorable Oliver W. Wanger
        United States District Judge