Robert Schultz 108571
Schultz & Associates
9710 W. 82nd Ave.
Arvada, Colorado 80005

UNITED STATES DISTRCIT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| Tiger Century Aircraft, a Nevada Corporation ) | Case No.: 09−CV−00317−OWW−GSA |
| ) | |
| Plaintiff, ) | Stipulation and Order for Partial Dismissal and Status Conference |
| ) | |
| vs. ) | |
| ) | |
| Calspan Corporation, a Delaware Corporation, ) | |
| ) | |
| Defendant ) | |
| ) | |

The parties do hereby stipulate to dismiss with prejudice the First, Second and Third Claims for Relief of the Second Amended Complaint (Document 34) and all of Defendant's Counterclaims (Document 35), each party to bear its own costs to date. Since this leaves only Plaintiff's Fourth Claim for Relief - Common Count for Services Rendered, the parties request a telephonic status and scheduling conference, which will be set February 26, 2010 at 8:15AM in Courtroom 3 before Judge Oliver Wanger.

DATED this 13th day of January 2010.

SCHULTZ AND ASSOCIATES, INC.

By /s/ Robert Schultz
Robert Schultz
Attorneys for Plaintiff
TIGER CENTURY AIRCRAFT

Stipulation for Partial Dismissal and Request for Status Conference - 1

DATED this 13th day of January 2010.

          HODGSON RUSS LLP

          By: /s/ Jeffrey C. Stravino
          Jeffrey C. Stravino (Admitted Pro Hac Vice)
          Attorneys for Defendant and Counterclaim
          Plaintiff
          CALSPAN CORPORATIO

It is so ordered:

Date:_January 15, 2010_____     _/s/ OLIVER W. WANGER_____
                                              United States Senior District Judge

PDF created with pdfFactory trial version www.pdffactory.com