UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| TIGER CENTURY AIRCRAFT,<br>a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CALSPAN CORPORATION,<br>a New York Corporation,<br><br>Defendant. | Case No.: 09-CV-00317-OWW-GSA |

# **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Tiger Century Aircraft and Defendant Calspan Corporation, by their counsel, hereby submit this stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. The parties agree to dismiss this action with prejudice, but without costs or attorneys' fees to any party. The Court shall retain jurisdiction to enforce the settlement.

Dated: July 1, 2010

| **SCHULTZ & ASSOCIATES** | **HODGSON RUSS LLP** |
|---|---|
| *Attorneys for Plaintiff Tiger Century Aircraft* | *Attorneys for Defendant Calspan Corporation* |
| By: s/Robert B. Schultz | By: s/Jeffrey C. Stravino |
| Robert B. Schultz, Esq. | Jeffrey C. Stravino (admitted pro hac vice) |
| 9710 W. 82nd Avenue | The Guaranty Building |
| Arvada, Colorado 80005-2113 | 140 Pearl Street, Suite 100 |
| (303) 456-5565 | Buffalo, New York 14202-4040 |
| *bob@rbschultz.com* | (716) 856-4000 |
| | *jstravin@hodgsonruss.com* |

IT IS SO ORDERED

_____
Judge of the District Court

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| TIGER CENTURY AIRCRAFT,<br>  a Nevada Corporation,<br><br>                        Plaintiff,<br><br>vs.<br><br>CALSPAN CORPORATION,<br>  a New York Corporation,<br><br>                        Defendant. | Case No.: 09-CV-00317-OWW-GSA |

## **CERTIFICATE OF SERVICE**

        I hereby certify that on July 1, 2010, I electronically filed the foregoing Stipulation of Dismissal With Prejudice with the Clerk of the District Court of the Eastern District of California, Fresno Division using the CM/ECF system, which sent notification of such filing to the following opposing counsel:

        Robert B. Schultz, Esq.
        Schultz & Associates
        9710 W. 82nd Avenue
        Arvada, Colorado  80005-2113
        (303) 456-5565
        *bob@rbschultz.com*

        s/Jeffrey C. Stravino
        Jeffrey C. Stravino (admitted *pro hac vice*)
        **HODGSON RUSS LLP**
        *Attorneys for Defendant Calspan Corporation*
        The Guaranty Building
        140 Pearl Street, Suite 100
        Buffalo, New York 14202-4040
        (716) 856-4000
        *jstravin@hodgsonruss.com*