UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| TIGER CENTURY AIRCRAFT,<br>   a Nevada Corporation,<br><br>                                   Plaintiff,<br><br><br>      vs.<br><br>CALSPAN CORPORATION,<br>   a New York Corporation,<br><br>                                   Defendant. | Case No.:  09-CV-00317-OWW-GSA |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Tiger Century Aircraft and Defendant Calspan Corporation, by their counsel, hereby submit this stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.  The parties agree to dismiss this action with prejudice, but without costs or attorneys' fees to any party.  The Court shall retain jurisdiction to enforce the settlement.

Dated: July 1, 2010

**SCHULTZ & ASSOCIATES**                  **HODGSON RUSS LLP**
*Attorneys for Plaintiff Tiger Century Aircraft*   *Attorneys for Defendant Calspan Corporation*

By: s/Robert B. Schultz                   By: s/Jeffrey C. Stravino
      Robert B. Schultz, Esq.                   Jeffrey C. Stravino (admitted pro hac vice)
9710 W. 82nd Avenue                       The Guaranty Building
Arvada, Colorado  80005-2113              140 Pearl Street, Suite 100
(303) 456-5565                            Buffalo, New York 14202-4040
bob@rbschultz.com                         (716) 856-4000
                                          jstravin@hodgsonruss.com

**IT IS SO ORDERED.**

Dated: **July 1, 2010**              **/s/ Oliver W. Wanger**
                                     UNITED STATES DISTRICT JUDGE